IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | C.R. NO. C-09-151M |
| | § | |
| ERNEST GARY JONES | § | |
| aka DAVID EARL JONES | § | |

## ORDER OF DETENTION PENDING TRIAL

On February 24, 2009, a detention hearing was held in accordance with the Bail Reform
Act, 18 U.S.C. § 3142(f).  Defendant has been charged with transporting aliens in violation of
8 U.S.C. § 1324.  The following requires detention of defendant pending trial in this case:

(1)     There is not any condition or combination of conditions that will reasonably
assure the appearance of the defendant as required.

The evidence against defendant meets the probable cause standard.  The findings and
conclusions contained in the Pretrial Services Report are adopted.

Defendant is committed to the custody of the Attorney General or his designated
representative for confinement in a corrections facility separate, to the extent practicable, from
persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall
be afforded a reasonable opportunity for private consultation with defense counsel.  On order of
a court of the United States or on a request of an attorney for the Government, the person in
charge of the corrections facility shall deliver defendant to the United States Marshal for the

purpose of an appearance in connection with a court proceeding.

ORDERED this 24th day of February 2009.

BRIAN  L. OWSLEY
UNITED STATES MAGISTRATE JUDGE